IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON PAUL LEGARE,

      Petitioner,                    No. CIV S-10-3355 EFB P

    vs.

J. TIM OCHOA,

      Respondent.            ORDER

_____/

      Petitioner, a state prisoner with counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner's claims arose at the California Substance Abuse and Treatment Facility in Kings County. Therefore, this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

      2. The Clerk of Court shall assign a new case number.

////

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 22, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE